# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMANDA JACOBS, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**          **Case No. 6:09-cv-1175-Orl-28GJK**

**GRIME STOPPERS CLEANING SERVICE, LLC, GLORIA S. MURPHY,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Motion for Entry of Default Final Judgment (Doc. No. 20) filed December 8, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 9, 2010 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 20) is **GRANTED**.

3. The Court enters judgment for Plaintiff and against Defendant Grime Stoppers Cleaning Service, LLC in the following amounts: $5,486.25 in unpaid overtime compensation; $5,486.25 in liquidated damages; and $622.00 in costs.

4. The Clerk is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___29th___ day of March, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge